PD-1658-15

Appeal No. 07-12-00454-CR
In The Criminal Court of Appeals
At Austin, Texas

Eric Laval Thompson

RECEIVED IN
COURT OF CRIMINAL APPEALS

Appellant

FILED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

DEC 18 2015

Abel Acosta, Clerk

V.

The State of Texas

Appellee

Appellant Appeal cause no. 07-12-00454-CR From the 426th
Judicial District Court of Bell County

Frist Motion for extension of time to file ~~out~~ ELT - for appellant P.D.R.
pro se Response

To THE Honorable Justice of The Court of Criminal Appeals

Come now Eric Laval Thompson, Appellant pro se and respectfully moves
the Court to extend the deadline for filing a P.D.R. response by thirty days

I.

This is Appellant first request for extension. Appellant is unable to meet the
deadline for the following reason. Due to Thanksgiving holiday appellant
didn't receive the opinion to file an out-of-time P.D.R. until after the
Thanksgiving holiday. The opinion was delivered: November 25, 2015 30 days
from this date fall on the Christmas holiday, which limit appellant access
to the law library.

For the ~~reson~~ reason stated, Appellant respectfully requests an an additional thirty days to complete the pro se P.D.R response in support of appellant's appeal / P.D.R.

Appellant Prays that the Court grant this motion and extend the time to file Appellant's pro se P.D.R. response by thirty days, extending the deadline to 30 or 45 days

Respectfully submitted

Eric. L. Thompson   pro se # 1806899

1300 FM 655

Rosharon, Tx 77583

Certificate of Service

I hereby certify that on Dec 14, 2015 a true and correct copy of Appellant's motion for extension to file P.D.R. response was mail to the attorney for the State by U.S. First Class mail addressed to P.O. Box 12308, Capitol Station at Austin, Texas. 78711

ERic Laval Thompson pro.se

I Eric Laval Thompson, # 1806899, being presently incarcerated in the C.T. Terrell unit of the Texas Department of Criminal Justice Institutional Division in Bell County, Texas, Verify and declare under penalty of perjury that the foregoing statement are true and correct. Executed on this the 14th day of December.

Eric Laval Thompson # 1806899